# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 11-11239

In the Matter of: VITRO SAB DE CV,

        Debtor

---

AD HOC GROUP OF VITRO NOTEHOLDERS; WILMINGTON TRUST, NATIONAL ASSOCIATION, solely in its capacity as indenture trustee,

        Appellants

v.

VITRO SAB DE CV,

        Appellee

Appeal from the United States District Court for the
Northern District of Texas, Dallas

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of April 15, 2013, pursuant to the stipulation of the parties.

                                                LYLE W. CAYCE
                                                Clerk of the United States Court
                                                of Appeals for the Fifth Circuit

                                                By: _____
                                                Claudia N. Farrington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 15, 2013

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242



RECEIVED APR 26 2013 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

No. 11-11239,  Ad Hoc Group of Vitro Notehold, et al
                        v. Vitro SAB de CV
        USDC No. 3:11-CV-3554

Enclosed is a copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned/recycled.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Claudia N. Farrington, Deputy Clerk
                            504-310-7706

cc w/encl:
    Mr. David Mark Bennett
    Mr. Allan S. Brilliant
    Mr. G. Eric Brunstad Jr.
    Mrs. Katharine Battaia Clark
    Mr. Josiah M. Daniel III
    Mr. Matthew Joseph Delude
    Mr. Jeremy C. Hollembeak
    Mr. Thomas S. Leatherbury
    Mr. Andrew M. Leblanc
    Mr. Sanford M. Litvack
    Mr. Thomas J. Matz
    Mr. Richard Barrett Phillips Jr.
    Mr. Jeff Philipp Prostok
    Ms. Cassandra Ann Sepanik
    Mr. Alan J. Stone
    Ms. Collin O'Connor Udell